UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                             CASE NO. 05-50893-PCY5
                                                          CHAPTER 13

RICHARD GUY DANNELS
DEBORAH ANNE DANNELS

            Debtor(s)               /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1. The Trustee has issued check(s) FOR: JACKSON COUNTY FIRE RESCUE which remains outstanding and uncleared.

    2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 383339 in the amount of 15.63 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| RICHARD GUY DANNELS<br>DEBORAH ANNE DANNELS<br>4325 WILTON ST.<br>MARIANNA, FL 32446 | JACKSON COUNTY FIRE RESCUE<br>2819 PANHANDLE ROAD<br>MARIANNA, FL 32446-6355 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
12/30/2009 11:43 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE